Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

        Case No.: 07−16895−RTL  
        Chapter: 7  
        Judge: Raymond T. Lyons Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

John J Downey                            Rosemary Downey  
218 Washington Road              218 Washington Road  
Sayreville, NJ 08872              Sayreville, NJ 08872

Social Security No.:  
  xxx−xx−7032                             xxx−xx−3812

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Bunce Atkinson is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>September 24, 2007</u>          <u>Raymond T. Lyons Jr.</u>  
                                           Judge, United States Bankruptcy Court